■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GREEN, Appellant. [54 NYS3d 284]—

Order, Supreme Court, New York County (Juan M. Merchan, J.), entered March 25, 2016, which denied defendant's petition to modify his sex offender classification, unanimously affirmed, without costs.

Defendant failed to meet his burden under Correction Law § 168-o of presenting clear and convincing evidence that a downward modification to level two is warranted. Defendant has a long history of sex crimes, and even while residing in a nursing home and confined to a wheelchair he sexually abused incapacitated fellow residents. In his current situation, defendant is able to move around, by wheelchair and without supervision, in his nursing home, which houses a population of potential victims. Defendant has not established that his medical condition has deteriorated to the point that he no longer poses a serious risk of reoffense, or that his recent good behavior warrants a modification (*see e.g. People v Wragg*, 41 AD3d 1273, 1274 [4th Dept 2007], *lv denied* 9 NY3d 809 [2007]). Concur—Tom, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.